IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| EDDIE LEE BROWN, | ) | |
| Petitioner, | ) | CIVIL ACTION NO. CV205-016 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.: CR299-55) |
| Respondent. | ) | |

## CERTIFICATION OF APPEALABILITY

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. If granted, the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby **DENIED** as Petitioner has not made a substantial showing of the denial of a constitutional right.

SO ORDERED, this 15th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BROWN )

vs ) CASE NUMBER CV205-16

USA ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/15/05, which is part of the official record of this case.

Date of Mailing: 8/15/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Eddie Brown, 10276-021, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
Amy Lee Copeland

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate